IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER WEYMOUTH,

    Plaintiff,

v.                                    CASE NO.:  3:11cv282/MCR/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 12, 2012.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  An objection has been filed (doc. 10). The court has made a *de novo* determination of those portions to which an objection has been made.

    Having considered the report and recommendation and the timely filed objections, the court has determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The application for a period of disability and disability benefits and for supplemental security income is DENIED and the Commissioner's decision is AFFIRMED.

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 4th day of April, 2012.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**